et al. for leave to file briefs as *amici curiae* granted.   Certiorari denied.

No. 97–907.   IN RE MARTIN.   C. A. Fed. Cir.   Motion of petitioner to defer consideration of petition for writ of certiorari denied.   Certiorari denied.

No. 97–953.   CALDERON, WARDEN·*v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (BEELER, REAL PARTY IN INTEREST).   C. A. 9th Cir.   Motion of respondent Rodney G. Beeler for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–1009.   GOODHART ET AL. *v.* UNITED STATES, *ante,* p. 1014;

No. 96–7960.   MARMOLEJO *v.* UNITED STATES, *ante,* p. 1014;

No. 96–9320.   HOSCH *v.* BANDAG, INC., *ante,* p. 842;

No. 97–332.   BONILLA MONTALVO *v.* BANCO BILBAO VIZCAYA, FKA BANCO COMERCIAL MAYAGUEZ, ET AL., *ante,* p. 915;

No. 97–560.   RIDDER *v.* CITY OF SPRINGFIELD ET AL., *ante,* p. 997;

No. 97–615.   TRUSERV CORP. *v.* CALIFORNIA EX REL. LUNGREN, ATTORNEY GENERAL, ET AL., *ante,* p. 1015;

No. 97–621.   OJAVAN INVESTORS, INC., ET AL. *v.* CALIFORNIA COASTAL COMMISSION ET AL., *ante,* p. 1015;

No. 97–622.   BOGART ET AL. *v.* CALIFORNIA COASTAL COMMISSION, *ante,* p. 1015;

No. 97–671.   CARABELLO *v.* CARABELLO ET AL., *ante,* p. 1029;

No. 97–5140.   FLIEGER *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 877;

No. 97–5160.   FISHER *v.* WYATT ET AL., *ante,* p. 878;

No. 97–5949.   QUALLS *v.* FERRITOR ET AL., *ante,* p. 970;

No. 97–6432.   TURNER *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 1031; and

No. 97–6435.   TURNER *v.* UNITED STATES; TURNER *v.* VIRGINIA; TURNER *v.* WOOD, JUDGE, CIRCUIT COURT OF VIRGINIA, CITY OF STAUNTON; TURNER *v.* WILSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA, ET AL.; and TURNER *v.* INTERNAL REVENUE SERVICE ET AL., *ante,* p. 1031. Petitions for rehearing denied.